UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA J. SANFORD,

     Plaintiff,

                            Case No. 1:25-cv-96

v.

                            HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is

AFFIRMED.

Dated:  March 11, 2026                  /s/  Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge